UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61159-CIV-DIMITROULEAS
MAGISTRATE JUDGE P. A. WHITE

DONNIE JACKSON,  :
aka Benyah Shalom Yisrael,

    Petitioner,  :

v.  :
                                        REPORT OF
DEPARTMENT OF CORRECTION, et al  :    MAGISTRATE JUDGE
                                            (DE#33)
    Respondent.  :
_____

    The petitioner Donnie Jackson, currently housed at the Santa Rosa Correctional Institution seeks a writ of mandamus. He has a long laundry list of alleged violations, and seeks a Court Order to compel officials at Santa Rosa to correct these violations. He includes denial of showers, mail privileges, destroying legal work, among others.[DE# 1].

    Under 28 U.S.C. §1361, district courts have "original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States . . . to perform a duty owed to the plaintiff." Whether to issue a writ of mandamus is within the discretion of the court to which the petition is addressed. Kerr v. U.S. Dist. Ct. For the N. Dist. of California, 426 U.S. 394, 403(1976); see also United States v. Denson, 603 F.2d 1143, 1146 (5 Cir. 1979) (explaining that "[t]he Supreme Court has repeatedly stated in general terms that issuance of a writ of mandamus lies in large part within the discretion of the court"). Moreover, mandamus is a drastic remedy justified by "only exceptional circumstances." In re BellSouth Corp., 334 F.3d 941, 953 (11 Cir. 2003). "The party seeking mandamus has the burden of demonstrating that its right to issuance of the writ is clear and

indisputable." Id. (quotation omitted). "[A] writ of mandamus is intended to provide a remedy for a plaintiff only if he has exhausted all other avenues of relief and only if the defendant owes him a clear nondiscretionary duty." Cash v. Barnhart, 327 F.3d 1252, 1258 (11h Cir. 2003) (quotation omitted, emphasis added); see also Fripp v. Laird, 179 Fed.Appx. 563, 565 (11 Cir. 2006).

In this case, the petition seeks to compel changes in the Santa Rosa CI. Santa Rosa is outside the Southern District of Florida, and is located in the Northern District. Any violations at that Institution must be addressed through the grievance procedures available at the Institution, and the Courts in the Northern District of Florida.

Based on the foregoing, it is recommended that the petition for a writ of mandamus be dismissed (DE#33), so that the petitioner can file this writ in the proper venue, only after attempting to resolve these issues within the institution in which he is confined.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 30th day of June, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

cc:   Donnie Jackson, <u>Pro Se</u>
      Santa Rosa CI
      Address of record